UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Le'Kia Clark, on behalf of herself and all those similarly situated who consent to representation,<br><br>    Plaintiff,<br><br>v.<br><br>Shooter Alley, Inc. a Georgia Corporation,<br><br>    Defendant. | Civil Action File<br>No. 1:13-cv-00862-CAP |

## ORDER APPROVING SETTLEMENT

Plaintiffs and Defendant Shooter Alley, Inc. filed a Consent Motion for Approval of a proposed Settlement Agreement.

Having reviewed the proposed Settlement Agreement, this Court finds it to be a reasonable settlement of the Plaintiffs' claims under the Fair Labor Standards Act. In reviewing the Consent Motion and the proposed Settlement Agreement, the Court notes that one opt-in claimant, Hillari Monteith, has not signed the proposed Settlement Agreement. According to the parties' Consent Motion, Ms. Monteith has given her counsel verbal approval of the proposed Settlement Agreement, and she has also authorized her counsel to settle her claim on her

1

behalf. [Doc. 61]. In light of the above, the Court will consider the Settlement Agreement to have been approved and signed by the Plaintiff and all claimants, including Ms. Monteith.

The Parties' Motion is, therefore, **GRANTED**.

IT IS HEREBY ORDERED that the settlement agreement is approved. The Parties are directed to file a Joint Stipulation of Dismissal with Prejudice within five (5) days of receipt by Plaintiffs of the fourth and final payments. The Court expressly retains jurisdiction to enforce the settlement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 114 S.Ct. 1673 (1994). The parties shall bear their own costs.

**SO ORDERED** this the 3rd day of March, 2014.

/s/Charles A. Pannell, Jr.
HONORABLE CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE